David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
*RICHARD M. SALAZAR*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD M. SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>ABC AUTOMOTIVE INVESTMENTS, LLC D/B/A LAS VEGAS MITSUBISHI,<br><br>Defendant. | Case No. : 2:19-cv-00039-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S COUNSEL TO APPLY FOR FEES AND COSTS**<br><br>(First Request) |

## STIPULATION

Plaintiff RICHARD M. SALAZAR ("Plaintiff") and Defendant ABC AUTOMOTIVE INVESTMENTS, LLC D/B/A LAS VEGAS MITSUBISHI ("ABC AUTOMOTIVE INVESTMENTS, LLC D/B/A LAS VEGAS MITSUBISHI") (collectively the "Parties") respectfully submit the following Stipulation to allow Plaintiff's counsel to apply for fees and costs pursuant to the

Offer of Judgment served July 22, 2019, and the Notice of Acceptance thereof filed August 12, 2019 as ECF No. 22.

Pursuant to Stipulation of the Parties, Plaintiff's counsel shall have until September 26, 2019, to file its Application for Fees and Costs. This stipulation is requested to allow the Parties to come to an agreement on Plaintiff's fees and costs pursuant to the Offer of Judgment.

This is the Parties' first request for an extension.

IT IS SO STIPULATED.

Dated August 20, 2019.

/s/ David Krieger, Esq
David Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

Dated August 20, 2019.

/s/ Janet C. Pancoast, Esq.
Janet C. Pancoast, Esq.
Cisneros & Marias
7450 Arroyo Crossing, Suite 230
Las Vegas, NV 89113

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of August, 2019.